AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☒ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
7/17/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CDO DEPUTY

United States of America

v.

MICHAEL ANTHONY BATCHELOR,

Defendant.

Case No. 2:24-mj-04263-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 17, 2024, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251 | Attempted Production of Child Pornography |
| 18 U.S.C. § 2422 | Attempted Enticement of a Minor to Engage in Criminal Sexual Activity |
| 18 U.S.C. §§ 2252A | Distribution and Possession of Child Pornography |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Theo G. Cushing*
*Complainant's signature*

Theo G. Cushing, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: July 17, 2024

*Judge's signature*

City and state: Los Angeles, California

Hon. Steve Kim, U.S. Magistrate Judge
*Printed name and title*

AUSA: C. Richmond x7162

**AFFIDAVIT**

I, Theo G. Cushing, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against Michael Anthony BATCHELOR ("BATCHELOR"), date of birth November 5, 1993, for violations of 18 U.S.C. § 2251 (Attempted Production of Child Pornography); 18 U.S.C. § 2422 (Attempted Enticement of a Minor to Engage in Criminal Sexual Activity); and 18 U.S.C. §§ 2252A (Distribution and Possession of Child Pornography) and an application for a warrant to search the following items, as described more fully in Attachments A-1 and A-2;

a. a cellphone currently in the custody of Homeland Security Investigations, ("the X phone") (described more fully in Attachment A-1); and

b. a vehicle, currently in the custody of the Los Angeles Police Department, which is a Honda Fit, license plate number 7UZS483, ("the Honda") (described more fully in A-2).

2. The facts set forth in this affidavit are based upon information provided by other U.S. law enforcement agents; written reports about this investigation that I have received from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts; and my personal observations, training, experience, and

background as a Special Agent. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF SPECIAL AGENT THEO CUSHING

3. I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been so employed since September 2018. I am currently assigned to the HSI Los Angeles Child Exploitation Investigative Group, where I investigate federal criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation and observed and reviewed various examples of child pornography in all forms of media, including computer media.

4. I have conducted criminal investigations relating to subjects who use the internet to entice or coerce minors to engage in criminal sexual activity in violation of 18 U.S.C. § 2422(b) and assisted in conducting investigations into criminal violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in

violation of 18 U.S.C. §§ 2251, 2252(a), and 2252A and enticing children to engage in illegal criminal sexual activities, in violation of 18 U.S.C. § 2422. I have also participated in the execution of numerous search warrants, many of which involved child exploitation and/or child pornography offenses. I make this affidavit based upon my personal knowledge and experience, my review of pertinent documentation, and discussions with other law enforcement officers.

5. Through both my training and experience, I have become familiar with the methods of operation used by people who are involved with offenses involving the sexual exploitation of children. I have attended training classes concerning computer crimes and the sexual exploitation of children on the Internet. This training has given me an understanding of how people involved with offenses relating to the sexual exploitation of children use the Internet to further those offenses. My experience in investigations in this regard has supplemented my understanding of how people involved in offenses related to the sexual exploitation of children use the Internet to further those offenses.

## III. BACKGROUND ON CHILD EXPLOITATION OFFENSES, COMPUTERS, THE INTERNET, AND DEFINITION OF TERMS

6. In this affidavit, the terms "minor," "sexually explicit conduct," "visual depiction," "producing," and "child pornography" are defined as set forth in 18 U.S.C. § 2256. The term "computer" is defined as set forth in 18 U.S.C. § 1030(e)(1).

7. Based upon my training and experience in the investigation of child pornography, and information related to me by other law enforcement officers involved in the investigation of child pornography, I know the following information about the use of computers with child pornography:

a. Computers and Child Pornography. Computers and computer technology have revolutionized the way in which child pornography is produced, distributed, and utilized. Child pornographers can now produce both still and moving images directly from a common video camera and can convert these images into computer-readable formats. The use of digital technology has enabled child pornographers to electronically receive, distribute, and possess large numbers of child exploitation images and videos with other Internet users worldwide.

b. The following definitions:

i. "Chat," as used herein, refers to any kind of text communication over the Internet that is transmitted in real-time from sender to receiver. Chat messages are generally short in order to enable other participants to respond quickly and in a format that resembles an oral conversation. This feature distinguishes chatting from other text-based online communications such as Internet forums and email.

ii. "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where: (a) the

production of the visual depiction involved the use of a minor engaged in sexually explicit conduct; (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct; or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

iii. "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

iv. "Mobile applications," as used herein, are small, specialized programs downloaded onto mobile devices that enable users to perform a variety of functions, including engaging in online chat, reading a book, or playing a.

v. "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the anus, genitals, or pubic area of any person.

vi. "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## IV. SUMMARY OF PROBABLE CAUSE

8.   In January 2022, Homeland Security Investigations
Newark and the New Jersey State Police began online undercover
communications with a subject that occurred exclusively over
email.  The undercover personas operated by law enforcement
personnel claimed to have access to children for illicit sexual
purposes.  During those communications, the subject sent web
links that contained videos and/or images depicting the sexual
abuse of children ranging from toddler to above prepubescent.
Additionally, the subject expressed interest in arranging a
meeting with a minor female to engage in criminal sexual
conduct.

9.   Further investigation by HSI Newark and HSI Los
Angeles identified the email user as Michael BATCHELOR (DOB:
11/05/1993), a resident of California.

10.  In December 2022, an HSI Newark online undercover
persona introduced the subject to an HSI Los Angeles-based
undercover persona because BATCHELOR had been unable to travel
to the east coast.  BATCHELOR began communicating with the Los
Angeles-based undercover persona and shared through email
additional links that contained videos and/or images depicting
the sexual abuse of children.  BATCHELOR expressed his desire to
meet minor children in California for the purposes of sexual
encounters.  The communication culminated in BATCHELOR planning
to attend a hotel party in Los Angeles to engage in sex acts
with minor children and make recordings of the sex acts.
Unbeknownst to BATCHELOR, the minor children were fictitious.

11. On July 17, 2024, BATCHELOR arrived at a location in Playa Del Rey where he had planned to meet an undercover agent who would facilitate BATCHELOR having sex with children. With him, BATCHELOR brought $200 in cash to pay for the sex and a recent STD test proving he had no STDs, as he had planned with the undercover agents.

## V. STATEMENT OF PROBABLE CAUSE

### A. BATCHELOR Shares Multiple Files of Child Pornography with an Undercover Agent (Persona One) and Discusses Arranging for Sex with Minors and Producing Child Pornography

12. In February 2019, HSI initiated an investigation to identify and locate individuals engaging or attempting to engage in child exploitation, through websites on both the clear web[1] and dark web[2]. Using email platforms, individuals could proactively communicate about their interest in child sexual abuse material ("CSAM") with others who they believed shared their interest but were actually undercover HSI agents.

---

[1] The clear web is World Wide Web content that consists of websites that are readily available to the general public and searchable with search engines. The clear web accounts for approximately only 10 percent of the information found on the internet.

[2] The dark web is World Wide Web content that uses the internet, but requires specific software, configurations, or authorization to access. Through the dark web, networks and users can communicate and conduct business anonymously without divulging identifying information, such as a user's location. The dark web includes small, friend-to-friend or peer-to-peer networks as well as large popular networks such as "Tor" (The Onion Router). Tor, which was created by the U.S. government, is a free and open-source software for enabling anonymous communication by directing internet traffic through a world-wide volunteer network consisting of more than 7,000 relays in order to conceal a user's location and usage from anyone conducting network surveillance.

13. From one of these websites, on or about January 21, 2022, an undercover HSI agent ("Persona One") received an email from Google Gmail account onembatchelor@gmail.com (the SUBJECT ACCOUNT), that read, "Have more to share?" Included in the email message was a hyperlink to the cloud-based file storage site, Mega.nz[3] ("Mega"). As explained below, investigators later determined that BATCHELOR was the user of the SUBJECT ACCOUNT. During subsequent communications, BATCHELOR communicated via the SUBJECT ACCOUNT with four online undercover personas, all of whom claimed to be members of a group that has access to children. During communications with at least one of the undercover personas, BATCHELOR emailed multiple links that each contained numerous videos and/or images depicting the sexual abuse of children ranging from toddler to above prepubescent.[4] The following messages were exchanged, but these messages are not exhaustive of all messages sent and names of undercover personas and emails have been removed.

a. **[Persona One]** replied to the SUBJECT ACCOUNT, in part, "hi friend, we make ou[r] own vids… do you? do you want to?"

---

[3] Mega hyperlinks feature a unique eight-character alpha-numeric handle and 43-character alpha-numeric file decryption key. When a user voluntarily shares the link to a file that they have stored, anyone with that link can decrypt and view the file contents.

[4] I have not personally viewed these images and videos that were observed during the initial interaction with BATCHELOR, I am relying on both written reports and verbal statements made to me by other involved undercover agents.

b. On or around the same date, the SUBJECT ACCOUNT replied to Persona One, "I would love to see some of the videos if that's ok and I don't but would love to."

14. Between approximately January 21, 2022, and January 23, 2022, the SUBJECT ACCOUNT and Persona One exchanged email messages regarding BATCHELOR's interest in arranging a meeting with a minor female to engage in criminal sexual activity. During that time, the following messages were exchanged, but these messages are not exhaustive of all messages sent.

12. The following communications took place on or about January 22, 2022:

**[Persona One]:** We can definitely arrange that. You can make your own vids. tee hee. did you go on the TOR site? you gotta talk to [Persona Two].[5] he can definitely hook you up with littles.[6] what's ur favorite ages? we got all kinds. ever had sexy time with a little[7]? ...

[5] The fictious undercover name used in this communication has been changed to protect the confidentiality and integrity of the ongoing investigation. The same is true throughout where "Persona" followed by a number is used, e.g., "Persona Two." These personas are typically primarily operated by one law enforcement person, but can be operated by more than person as the circumstances so require.

[6] Based on my training and experience, I know "littles" is a commonly used term to refer to children, especially amongst known communities of people with a sexual interest in children.

[7] During the course of BATCHELOR's conversations with the undercover personas, at various points several undercover personas sent BATCHELOR photos of what the undercover personas described as depicting real children. The images, however, did not depict real children.

**SUBJECT ACCOUNT:** I haven't and I would love to have time like that. How can it be set up? Do you have any samples in pics or vids

...

**[Persona One]:** Absolutely, But I can't arrange that only [Persona Two] and [Persona Three] can make that happen. Hit up [Persona Two] on proton[8]...

15. [Persona One] then gave the SUBJECT ACCOUNT an email address for [Persona Two] and requested he "please let him ([Persona Two]) know [Persona One] sent you." [Persona Two] received an email from the SUBJECT ACCOUNT on or around January 23, 2022, stating that Persona One said "you [Persona Two] can possibly get me in touch with [Persona Three] to make some films possibly. How does this work? Can I choose or preselected?" [Persona Two] then responded:

**[Persona Two]:** Hi Batch,[9]

It's ultimately [Persona Five]]'s decision but I can get you to him. Mind if I ask you some questions first? As you would imagine we get a few requests. If [Persona One] sent you then you did something right. Just be yourself and don't try to

[8] Based on my training and experience, I know that proton, short for ProtonMail, is an electronic mail service used by individuals who wish to keep their identities private. Unlike Google, Yahoo!, or other popular email providers, ProtonMail is protected by end-to-end encryption and is protected by strict Swiss privacy laws.

[9] "Batch" is a shortened version of the target's last name, BATCHELOR.

impress us. We are all the same here. Some have access and some don't. We do and we like to share.

    -What is your experience with littles? Have you trained[10] a little?

    -We are in America, are you?

    -What are your favorite ages?

    -What do you want to do in the vids?

    -Very important... do you have access ;>) ?

Lastly, [Persona Five] is a registered sex offender in our state... He knows the system and knows how to avoid certain dangers. Are you okay with that? We are always up front and expect the same.

**SUBJECT ACCOUNT:** I've never trained a little band just trading links mainly

I'm in America and like ages 6 to 14 but I don't have access sadly to any littles in person. Always fantasized and talked to some girls in ru[11] but nothing ever came of it. And I'm okay with it.

**SUBJECT ACCOUNT:** Does anyone have any videos or pictures to share? I can send something first if you want. And if

---

[10] Based on my training and experience, I know "trained" to refer to a child who has been groomed for sexual exploitation.

[11] Based on my training and experience, I believe "ru" could stand for two different things, both relating to child exploitation. One, "ru" could refer to "Russia." Two, "ru" could also refer to an image sharing site, "imgsrc.ru," which is a popular online platform for individuals who are sharing child pornography.

something comes of it do we get to pick a little or more than one?

### B. BATCHELOR Asks Undercover Personas If They Have Access to Minor Children Closer to His Residence in California

16. Throughout the conversations between BATCHELOR and the multiple undercover personas (approximately January 2022 through November 2022), BATCHELOR expressed dismay that he does not live closer to hotel parties[12] with access to children since he is located on the west coast and the parties are taking place on the east coast. BATCHELOR further expressed that he has limited resources to travel to the east coast and is searching for alternative options.[13]

17. On or around November 11, 2022, [Persona Three] and BATCHELOR, using the SUBJECT ACCOUNT, discussed plans to locate minors in California for potential sex acts.

**SUBJECT ACCOUNT:** Agreed and as long as I can help it I won't make anyone look bad ever. Any word on Cali littles?

**[Persona Three]:** Nothing yet. Give me a few days please. This won't happen overnight if it does happen.

---

[12] Based on my training and experience, I know "hotel parties" in this context refer to having adults participate in sex acts with children at hotels.

[13] On several occasions, BATCHELOR engaged in conversations with the undercover personas suggesting he was interested in attending parties. BATCHELOR's expressions of interest never resulted in him finalizing plans to attend a party due to various circumstances, including limited financial capability to travel and relationship obligations.

**SUBJECT ACCOUNT:** OK man just send a message when you know. Any fun things happening for you guys on the east coast this year?

**SUBJECT ACCOUNT:** Still no word from fun so I tried his other email. [Persona Five] said nothing from him.

**SUBJECT ACCOUNT:** Hate to ask but I'm assuming long Beach didn't work out?

**[Persona Three]:** Still working on it. They haven't responded to me or [Persona Five]. I'm guessing this is the wrong weekend to expect a response. When are you looking for if they ask? They will respond.

**SUBJECT ACCOUNT:** To at some point be able to meet them and depending on age spend the day creampie[14] there littles. I have family in orange county and an uncle in Santa Monica. But definatly [sic] sex. girls over 4 prefered [sic]

**[Persona Three]:** [Persona Five] arranged a connect with our Long Beach friends. They will give me an email and I'll share that with you. You have been verified by friends of friends. Please be respectful.

**SUBJECT ACCOUNT:** Sweet thank you man and of course I'll be respectful. It going to be down to finding out when I'll be in socal without my gf. I really appreciate you man.

**[Persona Three]:** I will have a Cali contact for you today. Still interested?

---

[14] Based on my training and experience, I know "cream pie" is a term often used within certain online communities, and it denotes a sexual act where a man ejaculates inside his partner's vagina or anus.

   **C. BATCHELOR Starts Conversation with Undercover Persona in California ([Persona Four]), Emails Child Pornography, and Discusses Meeting Children for the Purpose of Committing Criminal Sex Acts, and Brags About Having Sex with Minors Previously**

18. Between approximately December 9, 2022, and July 2024, the SUBJECT ACCOUNT and the [Persona Four] account operated by me exchanged email messages regarding BATCHELOR's interest in arranging a meeting with minor females to engage in criminal sexual activity. Along with those messages, the SUBJECT ACCOUNT sent images directly within the body of email messages as well in the form of cloud storage links. During that time, the following messages were exchanged, but these messages are not an exhaustive list of all messages sent.

19. Between approximately December 9, 2022, and December 21, 2022, the SUBJECT ACCOUNT and the [Persona Four] account were in communication over an email thread. During that time, the following messages were exchanged, but these messages are not exhaustive of all messages sent:

**SUBJECT ACCOUNT:** Nice to meet someone else in Cali with similar interests. I'm up towards Sacramento but have family in orange county and Santa Monica. What do you like and what are you into.

[Persona Three] sent me also forgot to mention

**[Persona Four]:** I'm down near Huntington myself, but I'm all over LA area for work. 8+ for me ... plus some other kinda specific stuff. What about you?

**[Persona Four]:** Hey man, did you totally blow up my

protonmail account lol? I had to delete a bunch of stuff before I could even open it back up. Did you send?

**SUBJECT ACCOUNT:** I didn't send links or anything like that but I sent an introduction. Like the one I sent here and I like 6 to 14. And I love certain things as well. I've only had girls as young as 14 or 15 though. [Persona Three] said you may be able to help me with more my age preferences though. I have a tight scedule [sic] and my girl doesn't know I like Littles so it would have to be when I go see family without her. Can I talk openly or not through email? I'm like 30 min away from Sacramento if you know anyone in my area. Would love to find one that hasent [sic] started their period as well if you get where I'm going.

**[Persona Four]:** No worries man, yeah protonmail is secure enough to talk. I just use the free version so I don't have much storage. You can try sending again if it wasn't super big, either way no big deal. How long can you usually get away from your girl?  You definitely hit on a big difference, night and day between a 15yo and a 11yo - pre period. We might be able to set something up, but I'm super careful and need to get to know you a bit. Either way good to meet you, I'm already like three beers in and need to go put up christmas lights lol.

**SUBJECT ACCOUNT:** Usually only once a year for like 3 to 5 days I might try to see if she wants to visit friends in Washington while I come down there. And I know it's a big difference in age but I've never had the opertunity [sic] for younger. I just want a little I can creampie and watch her push

it out or be able to just leave it in until the next load. What do you mean by send? Like links?

**[Persona Four]:** 3 to 5 days is definitely long enough to get into trouble;) Yeah, younger is harder to find. I have access but only partial custody. so timing everything is difficult, but you already get that having a girl and all. Damn I like the way you think man. When you were with the older little did you get a chance to record it? Were they trained already?

**[Persona Four]:** Oh and to answer your question - I mean i’ve seen all the usual stuff. More into real world, but really, putting together something at a hotel or airbnb would be ideal. I want to make more of my own vids. 9-12 is my usual. hairless is important for me. Have you seen the stuff coming out of refugee houses over in europe? - like leaked surveillance footage of all ages.

**SUBJECT ACCOUNT:** I’ve seen like spycamd in dressing rooms but I would love to see survalince [sic] tapes of what happens there. I’m actually talking to someone who has 2 daughters in Europe who are more than nice to him and said I could spend time with her if I ever visited but unlikely in 2 years. 9 to 12 would be amazing since I hate hair too but would I be able to cum in a 12yo? And some planned videos would be awesome to make. I usually get the same stuff everyone has but love creampie pies and vids.

**[Persona Four]:** Yeah 10yo cream pie definitely less to worry about. Or 11 if no period yet. For our next party I

definitely want to aim for 8-12. Damn, it[’]s a shame that euro tickets are so expensive. Maybe if there is a big economic downturn we can score some cheap round trip tickets;) What country? Are they cute? Glad you’re chill. I haven’t smoked for a while but thinking about trying some edibles after i crashed my mountain bike lol. Back still hurts. I’m early 40s myself.

**SUBJECT ACCOUNT:** What age can you usually get your whole dick inside a small pussy also would like to try for as young as I can fit sometime too.

(break in email chain)

**SUBJECT ACCOUNT:** How old is your daughter again? And what’s the situation with her mom? Does mom know or participate?

**[Persona Four]:** She’s 12, mom doesn’t ask any questions as long as I keep paying support. Yeah, everybody loves blond – she’s 13 now though. Daughter of a friend that lives down in San Diego. They raised her in a super religious/strict way. Not my style but she’s completely submissive. The younger of their daughters is the one we are working on for the next party. It’s all through friends of friends. Keeps us safe.

**SUBJECT ACCOUNT:** I feel it that’s why I asked [Persona Three] about you guys. I want to be as safe as I can possibly be because my girl and life it’s not lavish but I don’t want to ruin it by any means. Is their younger also blonde and I’ll bring up seeing my family to my girl and see if I can get a solo trip down there so we can plan something. It would be my first real time with a trained little and I don’t like religion but I’m glad they were open to sharing her and 13 is ok I just can’t

cum in her unless she has the pill.

20. Communication between the SUBJECT ACCOUNT and [Persona Four] continues and on or around December 22, 2022, the SUBJECT ACCOUNT sent [Persona Four] an email message that contained an image in the body of the email. I viewed the untitled image and saw it depicts a minor female approximately aged 5 to 7 years old with her face and neck visible. The photograph is focused on the crotch area of an adult male as the male uses his fingers to place his flaccid penis into the mouth of the child who is pressed up against his crotch.

21. On or around January 18th, 2023, the SUBJECT ACCOUNT sent me an email message that contained multiple links to cloud-based storage services. A screenshot of the message is below:

**Re: Nice to meet your aquantince**

From Michael Batchelor <onembatchelor@gmail.com>

To [redacted]

Date Wednesday, January 18th, 2023 at 4:44 PM

Here are some good links.

https://disk.yandex.com/d/1HRC2h5ZCE0PUw

https://mega.nz/folder/kG03hQRA#ZoWnlA9apbqeykZzhLg9Qw

https://mega.nz/folder/NKlEhC5L#eGUDLHJ1JJ6ofavX7D1yLQ

https://mega.nz/folder/kG03hQRA#ZoWnlA9apbqeykZzhLg9Qw

https://mega.nz/folder/QDkgAKrL#tEMmkfC4CnEX0gUiCfABrw

22.   I noted that the email included hyperlinks to both Mega.nz and Yandex[15] cloud-based online storage services.

23.   On or around January 19, 2022, I opened the Mega.nz link ending in "D1yLQ"; the hyperlink was operational and opened a shared folder titled "K cp[16]."  Navigating through the file structure of the folder I noted hundreds of photos and videos that appeared to be child pornography based on my training and experience.  I opened a video located within the Mega.nz folder structure that was titled "Video Feb 21, 3 57 56 AM.mp4."  The video depicts an approximately 6- to 8-year-old minor female laying on her back on the floor, with her shirt removed, the child is looking at the camera with her mouth open while an erect male penis is held above her face. As the video progresses the male ejaculates into the child's mouth.

24.   I opened an additional video within the file structure that was titled "EVA01_nm.mp4."  The video depicts an approximately 7- to 9-year-old female laying on her back, nude except for thigh high stockings and a pulled up shirt and with her legs spread apart.  The camera is focused on the exposed genitals of the child.  The genitals appear undeveloped, with no pubic hair and small proportions.  As the video progresses the camera zooms further into the genital area and adult fingers are shown spreading the labia of the child to the sides.

---

[15] Yandex.Disk is a cloud service created by Yandex that lets users store files on "cloud" servers and share them with others online.

[16] Based on my knowledge, training, and the context of the folder title I believe "cp" refers to child pornography.

27. I continued my email communication with the SUBJECT ACCOUNT through June 2023, with BATCHELOR expressing repeated interest in a physical meeting with a minor for the purposes of illegal sex acts and the production of child pornography. BATCHELOR repeatedly asked for a minor closer to Sacramento, CA. The following email conversation took place between on or around June 21, 2023, and June 27, 2023:

**SUBJECT ACCOUNT:** Yeah the money is good but I have no free time at all anymore which sucks. And I would do 5yo and up. And I would also pay if I can't make it if you could find someone willing to come to Sacramento for a few days.

**[Persona Four]:** Cool, that's the perfect age range. I like the way you think. Sometimes the new guy just pays for the hotel or brings a gift. At least that[']s how it's been in the past.

**SUBJECT ACCOUNT:** I'll be leaving my 2nd job in three months so that should clear up more time for me to make things happen. You don't think you could find some in Sacramento area for me do you? I'm so Edgar [sic] to drop a load in a little.[17]

**D. BATCHELOR Re-Initiates Communication with Undercover Personas After a Pause, Stating He Will Be Travelling to Southern California And Inquires About Access to Children For Illegal Sex Acts**

28. All of my communication with the SUBJECT ACCOUNT and BATCHELOR ceased on or around June of 2023, and did not re-initiate until BATCHELOR, using the SUBJECT ACCOUNT, reached

[17] Based on my knowledge, training, and experience conversing with individuals who chat online about the sexual abuse of children I believe BATCHELOR is telling me he is eager to ejaculate into a child.

back out in or around June 20, 2024, to say that he was planning a trip to southern California.  I was no longer actively monitoring this undercover persona and did not respond. BATCHELOR emailed again on June 27, 2024, inquiring as to whether I had received his last email.  In this same timeframe HSI Newark undercover agents had received similar emails from BATCHELOR and they informed me he was attempting to contact me. HSI Newark agents instructed BATCHELOR to reach out again to my [Persona Four] email and we re-established communications between the SUBJECT ACCOUNT and myself on or around July 2, 2024.  During that time, the following messages were exchanged, but these messages are not exhaustive of all messages sent:

**SUBJECT ACCOUNT:** Hey man hope you have been good. Sorry it's been so long. I was wondering if I could plan something with you on the 15th through the 18th I'm going to be down in so cal. But how has life been and how's your daughter? How old is she now?

**[Persona Four]:** Hey! They mentioned you were back! Kinda wondered what happened since it had been so long. She[']s good, partial custody still. Getting too old for you though lol;) I remember you said you like pre-period right? so no pregnancy probs. (I[']m careful too so I get it) Shit I think a couple of us might be here that week. We have access to younger now;) Would you throw in $ for hotel?

**SUBJECT ACCOUNT:** Yeah sorry I had to get my work life figured out honestly I bounced to a new shop and was able to figure out a wage that I was able to stop working 2 jobs and

paying off the debt my ex put me in. And how much do you want me
to kick in on the hotel I should have a couple hundred ifbthat
[sic] would be OK. And I mean is your daughter on the pill or
any birth control at all? And hell yeah what ages do you have
down there now. I'm really only free the 15th to the 18th if
that would work for you guys. And where would the hotel be. Like
LA? Santa Monica or like San Diego?

**[Persona Four]:** Fuck yeah! Pay off debt and live life feels
good right. Usually we each throw in a couple hundred so we can
get a decent suite and food and stuff. Oh god the pill so much
drama lol.. worth it though. That's why less than 10yo is good -
now we have that;) We've done partys [sic] in both LA and OC.
Depends

**SUBJECT ACCOUNT:** I appreciate it man it does feel good to
be catching up on debt and finally have a stable job it was
rough for a good while there.and I'll be doing family work like
right on the cusp of Malibu and Topanga I'm staying with family
there and doing house cleaning. But said I was going to take a
few days for me as well which is why I hit you all up. And what
ages do you have now? I don't want to have to wear a condom if
at all possible and wouldn't mind more than one little at one
time at all.

**[Persona Four]:** Topanga is so nice - I like all the hidden
little cabins, I did a hike up there a while ago. I'll have to
look it up again. Lemme check and see who can come and I'll know
what we have available. Haha. I hate condoms as well. They're
gonna ask that you're tested though. We can't take any chances.

**SUBJECT ACCOUNT:** Sounds good man stoked to finally partake in some fun and I'm excited to meet everyone. And what do you need for testing I'm clean but like what do they require for proof of testing and where do you go for that sort of thing? And how can I pay my part for the hotel. I was planning on bringing cash for that.

**[Persona Four]:** But i think some guys use that stdcheck website and it just sent them to like a place where they take urine anonymously? Maybe try that? Wish me luck tomorrow, going littlewatching on the beach;) How are you going to celebrate?

**SUBJECT ACCOUNT:** How did the clinic work for you like just a urine sample? And honestly maybe just enjoy the time I have there with the Littles. Hopefully there's a cute blonde thing there. How do the party's [sic] usually work dobwe [sic] get a little for the night or just for a certain time. I think I found a clinic that's local for around 100 so I'll try to get in to that ASAP. How long do results take to get back usually? And what do I need for the party

**[Persona Four]:** Yeah! Finally! Sounds like your [sic] in a better spot for it to actually enjoy. I think cash is probably fine, I'll ask how we're doing it this time. I'm excited for suite -should have like main area and separate rooms. Definitely need proof -like we can't screw this up with anyone getting something. It's a trust thing. I went to a clinic since it was cheaper

### E. BATCHELOR Plans Specific Abuse of Children and Provides Sexually Transmitted Disease Testing Paperwork to the California Undercover Persona

29. BATCHELOR continued communicating with me using the SUBJECT ACCOUNT between July 13, 2024 and present. During that time, the following messages were exchanged, but these messages are not exhaustive of all messages sent:

**SUBJECT ACCOUNT:** Oh man cleanup is an absolute mess here there's so much shit to get rid of its insane. And I will look around for a mask in the next day or 2. Hopefully your weekend goes good even though it's busy for you. I'll send over my test results later tonight I'm just taking a break from work right now. And just flat out ask them if I can do certain things with them? I don't want to be rude or offend anyone. If there's like a proper way to ask. Do you want to meet the day of the hotel or like before so you can get a feel for me? The 17th looks like it's going to be OK for me as well. And let me know what she looks like I know the no sharing rules. If it's OK to share with me. I'm so stoked man do we usually get more than one session hopefully.
And do you want me to send results with my name as well or can I blur those out since we havet [sic] met yet. I'll have the copies printed which will obviously have my name for the party.

**[Persona Four]:** blur it for now and then we check in person.

**SUBJECT ACCOUNT:** OK sounds good just sent them over. How was your day today? And I was wondering if you were bringing

your daughter as well to the party or if I would ever get to meet her as well?

30.  On or around July 13, BATCHELOR emailed me what appeared to be a screen capture of a Quest Diagnostics sexually transmitted disease test result.  The name of the patient had been blurred or marked out, but there was information that had not been blurred or censored.  The patient is listed as a 30-year-old male, with a DOB: 11/05/1993.  Checks with the California Department of Motor Vehicles ("DMV") and open-source record checks both show the listed date of birth for BATCHELOR as 11/05/1993, which is a match for the medical records.

26.  The email conversation continues, with BATCHELOR agreeing to a specific rules before meeting minor children and a discussion of specific sex acts that he would like to perform:

**[Persona Four]:** I think a hard copy would be better man, just so people don't have reason to question it. I'll go over all the rules stuff before we go to hotel and how we deal with phones, the masks for photos and everything. its a process but it's worth it to be safe. That way everyone can actually be themselves and not worry. I think UPS has those printers you can do it super cheap/easy? What specific photos do you want to take?

**SUBJECT ACCOUNT:** OK I just don't want to have like overload and forget something trying to absorb information in a short time span and just some of the girls posing and some if allowed of them pushing cum out of them. I absolutely love creampie stuff that's for sure. Maybe all 3 posed bent over. I don't

really know honestly. I'll have to only have them on this email since no one has any idea this email exists. Or any of my old passwords to his email. I'll see if I can get out tomorrow and get everything done after work if possible.

**[Persona Four]:** haha, just means you're excited. so rare to find someone that gets us. It's going to be fun meeting everyone. I dig the energy when a new person comes. I know you asked what to bring for our meetup. $200 for the hotel, std test, mask, any other props or toys, and we can grab the drinks. I'm still waiting to see what everyone wants. Then we'll hang for a bit and I'll go over all the rules about photos and stuff. Do you have a digital camera or just cell phone?

**SUBJECT ACCOUNT:** Sorry I was out like a light last night and sweet sounds good. Does that mean we will need a condom for the older girl? Or just pull out? And I am still needing to get out of the house to get the mask. I didn't bring any toys or props either since I was driving down with my family I didn't want them to see inside my suitcase. Will there be toys to use on them that we can all use or people bring their own. All I have is my cellphone as well no digital camera. And man if I could have the two younger on top of each other and just shift from one to the other immediately for a double cream pie that would be an amazing photo and ask them to model for it. Oh man. I'm getting excited about this.

**F. HSI Agents Link the SUBJECT ACCOUNT to BATCHELOR's Real World Identity Using Subscriber Information**

27. On or around November 9, 2022, HSI Newark agents received subscriber information for the SUBJECT ACCOUNT from

Google, LLC in response to legal process they had submitted. Google returned the following subscriber information:

Google Account ID: 337840855878

1. Name: Michael Batchelor
2. Given Name: Michael
3. Family Name: Batchelor
4. e-Mail: onembatchelor@gmail.com
5. Created on: 2011-07-05 07:23:12
6. Last Updated Date: 2022-11-09 06:46:44
7. Recovery SMS: +16613021483 [US
8. The recovery SMS phone number: +16613021483 was linked to ALEXIS B GOALWIN with a former billing address of: 410 SIERRA COLLEGE BLVD, LINCOLN, CA 95648. This Lincoln, California address is BATCHELOR's address of record, according to the California DMV.

28. Checks of public social media and open-source record checks indicate that "Alexis Goalwin" and BATCHELOR were in a possible relationship during the time period +16613021483 was linked to Goalwin.

**G. HSI Agents Link the Conversation with the SUBJECT EMAIL to Real World Activities of BATCHELOR**

29. Several times throughout the email conversation between the SUBJECT ACCOUNT and [Persona Four], BATCHELOR discussed his work in the automotive and automotive detailing industry. HSI Los Angeles obtained employment records for BATCHELOR:

MICHAEL BATCHELOR

QTRS WORKED 2023-2 TO 2024-1

AUBURN EURO MOTORS, INC

10068 STREETER RD STE 14

AUBURN CA 95602

- - - - - - - - - - - - - - - - - - -

QTRS WORKED 2023-1 TO 2023-3

ROSEVILLE MOTOR CORPORATION

230 AUTOMALL DR

ROSEVILLE CA 95661

- - - - - - - - - - - - - - - - - - -

MICHAEL BATCHELOR

QTRS WORKED 2023-1 TO 2023-2

RENNSPORT AUDIMOTIVE INC

1009 BETSY ROSS DR

ROSEVILLE CA 95747

- - - - - - - - - - - - - - - - - - -

MICHAEL A BATCHELOR

QTRS WORKED 2022-4 TO 2023-1

PRIME AUTO COSMETICS, INC.

Employment records indicate BATCHELOR was employed in this specific automotive industry during the period he was communicating with [Persona Four].

30. In my email conversations with the SUBJECT ACCOUNT, BATCHELOR stated that his July trip to southern California is partly to assist his parents with the cleanup of a family residence in the Malibu area. Open-source research indicated that family members were the possible owners of a residential

property located at 18254 Coastline Dr. in Malibu, CA. On July 15, 2024, HSI Los Angeles agents conducting surveillance at that residence observed an individual that was a visual match for BATCHELOR based on his California driver's license photo and social media postings.

**H. BATCHELOR Meets with Who He Thinks Is an Individual Organizing a Hotel Party with Sexual Access to Children and Has an STD Test and $200.**

31. On or about July 17, 2024, BATCHELOR and [Persona Four] planned to meet at Playa Del Rey, California for the purpose of BATCHELOR engaging in sexual activity with multiple, fictious minor children.

32. At 11:50 a.m. BATCHELOR messaged [PERSONA FOUR], "getting my suitcase ready for the night." While surveilling the residence at which BATCHELOR was staying, HSI Special Agents saw BATCHELOR leave with a large bag suitcase.

33. At 12:24 p.m., BATCHELOR messaged [Persona Four] he was on his way. At 12:59 p.m., BATCHELOR messaged [PERSONA FOUR] said he had arrived and asked what car [PERSONA FOUR] was in. [PERSONA FOUR] responded and BATCHELOR got out of his car and started walking toward where I, acting as [PERSONA FOUR], was standing.

34. HSI Agents then took BATCHELOR into custody by HSI. Agents searched incident to arrest and discovered the following: a Samsung Android cellphone (the phone described in Attachment A-1); an STD test; $200 in cash; and a wallet containing BATCHELOR's driver's license.

35. After BATCHELOR was taken into custody, he was placed in a Los Angeles Police Department interview van in Playa Del Rey, California for interview.[18]

## VI. TRAINING & EXPERIENCE ON INDIVIDUALS WITH A SEXUAL INTEREST IN CHILDREN

36. Based on my training and experience, and the training and experience of other law enforcement officers with whom I have had discussions, I have learned that individuals who view and possess multiple images of child pornography are often individuals who have a sexual interest in children and in images of children, and that there are certain characteristics common to such individuals:

a. Individuals who have a sexual interest in children or images of children may receive sexual gratification, stimulation, and satisfaction from contact with children; or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or in other visual media, or from literature describing such activity. These individuals often maintain possession of these items for long periods of time and keep their collections in numerous places – in digital devices in their homes, in their cars, in their workplaces, or on their persons.

b. Individuals who have a sexual interest in children or images of children also may correspond with and/or

---

[18] BATCHELOR made statements, but I am not relying on those statements in this affidavit.

meet others to share information and materials (including through digital distribution via the Internet); conceal such correspondence as they do their sexually explicit material; and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography. These individuals often maintain possession of these items for long periods of time.

37. Digital child pornography on a digital device is easy to maintain for long periods of time. Modern digital devices often have extremely large storage capacities. Furthermore, cheap and readily available storage devices, such as thumb drives, external hard drives, and compact discs make it simple for individuals with a sexual interest in children to download child pornography from the Internet and save it – simply and securely – so it can be accessed or viewed indefinitely.

38. Furthermore, even if a person deleted any images of child pornography that may have been possessed or distributed, there is still probable cause to believe that there will be evidence of the illegal activities – that is, the possession, receipt, and/or distribution of child pornography – at the SUBJECT PREMISES or on his person. Based on my training and experience, as well as my conversations with digital forensic experts, I know that remnants of such files can be recovered months or years after they have been deleted from a computer device. Evidence that child pornography files were downloaded and viewed can also be recovered, even after the files

themselves have been deleted, using forensic tools. Because remnants of the possession, distribution, and viewing of child pornography is recoverable after long periods of time, searching the SUBJECT PREMISES could lead to evidence of the child exploitation offenses.

## VII. TRAINING AND EXPERIENCE ON MEGA.NZ

39. Mega.nz ("Mega") is a cloud-based storage and file-hosting website based in New Zealand. Anyone can create an account with Mega using just an email address and password. When a user logs into their Mega account, the user must log in with an email that also functions as the user's Mega username. Once an account is created, a user can access up to 15 gigabytes of digital storage free of charge. The user of a Mega account can share files to the user's account by creating a "hyperlink" to folders and to specific files in the user's Mega account. This hyperlink can then be shared with anyone who has access to the Internet. But only the user of that Mega account can share and create a hyperlink from the user's account. Mega's policy is that if Mega receives information that a user has stored child pornography on its website, Mega will remove the contents of that account.

## VIII. TRAINING AND EXPERIENCE ON DIGITAL DEVICES[19]

40. Based on my training, experience, and information from those involved in the forensic examination of digital devices, I

[19] As used herein, the term "digital device" includes any electronic system or device capable of storing or processing data in digital form, including central processing units;

know that the following electronic evidence, inter alia, is often retrievable from digital devices:

a.   Forensic methods may uncover electronic files or remnants of such files months or even years after the files have been downloaded, deleted, or viewed via the Internet.  Normally, when a person deletes a file on a computer, the data contained in the file does not disappear; rather, the data remain on the hard drive until overwritten by new data, which may only occur after a long period of time.  Similarly, files viewed on the Internet are often automatically downloaded into a temporary directory or cache that are only overwritten as they are replaced with more recently downloaded or viewed content and may also be recoverable months or years later.

b.   Digital devices often contain electronic evidence related to a crime, the device's user, or the existence of evidence in other locations, such as, how the device has been used, what it has been used for, who has used it, and who has been responsible for creating or maintaining records, documents, programs, applications, and materials on the device.  That evidence is often stored in logs and other artifacts that are not kept in places where the user stores files, and in places where the user may be unaware of them.  For example, recoverable

---

desktop, laptop, notebook, and tablet computers; personal digital assistants; wireless communication devices, such as paging devices, mobile telephones, and smart phones; digital cameras; gaming consoles; peripheral input/output devices, such as keyboards, printers, scanners, monitors, and drives; related communications devices, such as modems, routers, cables, and connections; storage media; and security devices.

data can include evidence of deleted or edited files; recently used tasks and processes; online nicknames and passwords in the form of configuration data stored by browser, e-mail, and chat programs; attachment of other devices; times the device was in use; and file creation dates and sequence.

       c.   The absence of data on a digital device may be evidence of how the device was used, what it was used for, and who used it.  For example, showing the absence of certain software on a device may be necessary to rebut a claim that the device was being controlled remotely by such software.

       d.   Digital device users can also attempt to conceal data by using encryption, steganography, or by using misleading filenames and extensions.  Digital devices may also contain "booby traps" that destroy or alter data if certain procedures are not scrupulously followed.  Law enforcement continuously develops and acquires new methods of decryption, even for devices or data that cannot currently be decrypted.

   41.  Based on my training, experience, and information from those involved in the forensic examination of digital devices, I know that it is not always possible to search devices for data during a search of the premises for a number of reasons, including the following:

       a.   Digital data are particularly vulnerable to inadvertent or intentional modification or destruction.  Thus, often a controlled environment with specially trained personnel may be necessary to maintain the integrity of and to conduct a complete and accurate analysis of data on digital devices, which

may take substantial time, particularly as to the categories of electronic evidence referenced above. Also, there are now so many types of digital devices and programs that it is difficult to bring to a search site all of the specialized manuals, equipment, and personnel that may be required.

b. Digital devices capable of storing multiple gigabytes are now commonplace. As an example of the amount of data this equates to, one gigabyte can store close to 19,000 average file size (300kb) Word documents, or 614 photos with an average size of 1.5MB.

42. The search warrant requests authorization to use the biometric unlock features of a device, based on the following, which I know from my training, experience, and review of publicly available materials:

a. Users may enable a biometric unlock function on some digital devices. To use this function, a user generally displays a physical feature, such as a fingerprint, face, or eye, and the device will automatically unlock if that physical feature matches one the user has stored on the device. To unlock a device enabled with a fingerprint unlock function, a user places one or more of the user’s fingers on a device’s fingerprint scanner for approximately one second. To unlock a device enabled with a facial, retina, or iris recognition function, the user holds the device in front of the user’s face with the user’s eyes open for approximately one second.

b. In some circumstances, a biometric unlock function will not unlock a device even if enabled, such as when

a device has been restarted or inactive, has not been unlocked
for a certain period of time (often 48 hours or less), or after
a certain number of unsuccessful unlock attempts.  Thus, the
opportunity to use a biometric unlock function even on an
enabled device may exist for only a short time.  I do not know
the passcodes of the devices likely to be found in the search.

        c.  Thus, the warrant I am applying for would permit
law enforcement personnel to, with respect to any device that
appears to have a biometric sensor and falls within the scope of
the warrant: (1) depress BATCHELOR's thumb and/or fingers on the
device(s); and (2) hold the device(s) in front of BATCHELOR's
face with his or her eyes open to activate the facial-, iris-,
and/or retina-recognition feature.

//

//

//

//

//

## IX. CONCLUSION

43. For all the reasons described above, there is probable cause to believe that Michael Anthony BATCHELOR has committed a violations of 18 U.S.C. § 2251 (Attempted Production of Child Pornography); 18 U.S.C. § 2422 (Attempted Enticement of a Minor to Engage in Criminal Sexual Activity); and 18 U.S.C. §§ 2252A (Distribution and Possession of Child Pornography).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 17th day of July.

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE